**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

                                         Case No. 22-20679

v.                                    Hon. Denise Page Hood

MARKEITH LEE BROWNING,

       Defendant.

_____/

**ORDER EXTENDING TIME FOR RELEASE AND EFFECTIVE DATE OF**
**ORDER GRANTING UNOPPOSED MOTION FOR**
**SENTENCING MODIFICATION [ECF No. 68]**

On April 30, 2026, the Court entered an Order Granting Unopposed Motion for Sentencing Modification. [ECF No. 68]  In light of Defendant Markeith Lee Browning's medical issues, the Court ordered that, "[t]he effective date of the Order will be the date when Defendant can be safely released due to his medical condition, after the Bureau of Prisons, Probation, Defense Counsel and Defendant's caregiver (family/friends) have conferred and coordinated Defendant's safe release, but no later than 21 days from the date of this Order." *Id*. at PageID.2009-.2010.  Probation has since updated the Court that after conferring with the Bureau of Prisons, counsel and Defendant's family members, more time is needed to ensure continuity of care after release since Defendant requires 24-hour care.

1

Accordingly,

IT IS ORDERED that the effective date of the release date set forth in the Order Granting Unopposed Motion for Sentencing Modification [ECF No. 68] is extended at such time when the continuity of care can be arranged by the Bureau of Prisons, Probation Department, and defense counsel to a nursing care facility or suitable temporary alternative, but no later than 90 days from the date of this Order.  Probation is to update the Court as to a plan of release no later than July 24, 2026.  If more time is required to arrange continuity of care, Probation may request an extension no later than July 24, 2026.

S/DENISE PAGE HOOD
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

DATED:  May 6, 2026